# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

### JUDGMENT RENDERED MARCH 18, 2020

### NO. 03-18-00566-CV

**Chisholm Trail SUD Stakeholders Group, Appellant**

**v.**

**The Chisholm Trail Special Utility District; Delton Robinson, C.E. ("Ed') Pastor; Mike Sweeney; James Pletcher; Pat Gower; Robert Kostka, David Maserang, Gary Goodman, and Robert Johnson, Jr., in their Official Capacities as Directors of the Chisholm Trail Special Utility District; and The City of Georgetown, Texas, Appellees**

### APPEAL FROM 419TH DISTRICT COURT OF TRAVIS COUNTY
### BEFORE JUSTICES GOODWIN, BAKER, AND SMITH
### VACATED AND DISMISSED -- OPINION BY JUSTICE GOODWIN

This is an appeal from the order of final summary judgment signed by the trial court on August 20, 2018. Having reviewed the record, it appears that the Court lacks jurisdiction over the appeal. Therefore, the Court sets aside the trial court's order of final summary judgment and dismisses this case for lack of subject matter jurisdiction. The appellant shall pay all costs relating to this appeal, both in this Court and in the court below.